IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00952-PSF-CBS

HELEN LEHMAN,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General of the United States Postal Service,

    Defendant.

## ORDER

The Court, having reviewed the Stipulation of Dismissal of Case (Dkt. # 12) jointly filed by Plaintiff Helen Lehman and Defendant John E. Potter, and being fully advised of its premises, hereby

DISMISSES the above-captioned action with prejudice, each party to pay its own attorney's fees and costs.

DATED: November 17, 2005

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Court